1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  SUNDEEP R. PATEL, CSBN 242284
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
6      San Francisco, California 94105
       Telephone:  (415) 977-8981
7      Facsimile:  (415) 744-0134
       E-Mail: Sundeep.Patel@ssa.gov
8  Attorneys for Defendant
9
                         UNITED STATES DISTRICT COURT
10                       EASTERN DISTRICT OF CALIFORNIA
11 ZAK FRANKLIN HAY,                  )
                                      )
12          Plaintiff,                )   Case No. 2:15-cv-02049-EFB
13                                    )
        v.                            )   [PROPOSED] ORDER
14 CAROLYN COLVIN,                    )
   Acting Commissioner of Social Security )
15                                    )
16          Defendant.                )
   _____)
17

27 [Proposed] Order
   Case no. 2:15-cv-02049-EFB
28
                                      1

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until June 10, 2016, to submit her response to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order shall be extended accordingly.

DATED: May 5, 2016.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order
Case no. 2:15-cv-02049-EFB