PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK FRANKLIN HAY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>CAROLYN COLVIN, Acting )<br>Commissioner of Social Security )<br>)<br>    Defendant. )<br>_____ ) | Case No. 2:15-cv-02049-EFB<br><br>[~~PROPOSED~~] ORDER |

[~~Proposed~~] Order
Case no. 2:15-cv-02049-EFB

1

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until June 24, 2016, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order shall be extended accordingly.

DATED:  June 13, 2016.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order
Case no. 2:15-cv-02049-EFB

2