UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK FRANKLIN HAY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:15-cv-2049-EFB |
| ZAK FRANKLIN HAY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:18-cv-1706-KJN<br><br>RELATED CASE ORDER |

Examination of the above-entitled civil actions reveals that the actions are related within the meaning of E.D. Cal. Local Rule 123. The actions arise out of the same transaction or series of transactions, involve some of the same defendants, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be

1

convenient for the parties.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated 2:18-cv-1706-KJN be, and the same hereby is, reassigned to Magistrate Judge Edmund F. Brennan for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as 2:18-cv-1706-EFB.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:  August 24, 2018.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE